ORDERED UNSEALED on 10/21/2026 s/ MelodyQu

SEALED

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ERICK RONALDO SOTO,<br>aka<br>"Erick Ronaldo Soto Mendizabal,"<br>Defendant | Magistrate Case No.: 26mj6263<br><br>Title 18, U.S.C., Sec. 1425(a) – Unlawful Attempted Procurement of Naturalization (Felony); Title 18, U.S.C., Sec. 1015(a) – False Statement Under Oath in Matter Relating to Naturalization or Citizenship (Felony); Title 18, U.S.C., Sec. 1015(f) – False Claim to Citizenship to Vote (Felony)<br><br>**FILED UNDER SEAL** |

The undersigned complainant being, duly sworn, states:

<u>Count 1</u>

On or about January 24, 2025, within the Southern District of California, defendant ERICK RONALDO SOTO, aka "Erick Ronaldo Soto Mendizabal," did knowingly attempt to procure naturalization, and evidence of naturalization and citizenship for himself, contrary to law, in that he submitted an Application for Naturalization (Form N-400) to the U.S. Immigration and Citizenship Services in which he answered "No" to Part 9, question 2: "Have you EVER registered to vote or voted in any Federal, state or local election in the United States?"; in violation of Title 18, United States Code, Section 1425(a).

Count 2

On or about January 24, 2025, within the Southern District of California, defendant ERICK RONALDO SOTO, aka "Erick Ronaldo Soto Mendizabal," did knowingly make a false statement under oath, in an Application for Naturalization (N-400) submitted to the U.S. Citizenship and Immigration Services, a case, proceeding, and matter relating to, under, and by virtue of any law of the United States relating to naturalization, to-wit: he answered "No" to Part 9, question 1: "Have you EVER claimed to be a U.S. citizen (in writing or any other way?"; in violation of Title 18, United States Code, Section 1015(a).

Count 3

Between on or about November 2, 2024 and on or about November 5, 2024, within the Southern District of California, defendant ERICK RONALDO SOTO, aka "Erick Ronaldo Soto Mendizabal," did knowingly make a false statement and claim that he was a citizen of the United States in order to vote in a Federal, State, and local election, in that he cast a ballot for the November 5, 2024 General Election; in violation of Title 18, United States Code, Section 1015(f).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

Gonzalo I. Ramirez
Special Agent
Homeland Security Investigations

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON OCTOBER 16, 2026.

HON. MICHAEL S. BERG
United States Magistrate Judge

# PROBABLE CAUSE STATEMENT IN SUPPORT OF COMPLAINT

I am a Special Agent with Homeland Security Investigations ("HSI") with the Department of Homeland Security ("DHS") and have been so since August 2022. I am currently assigned to the Document and Benefit Fraud Task Force ("DBFTF") at the Office of the Special Agent in Charge ("SAC") in San Diego, California. I generally investigate crimes involving criminal immigration related fraud including identity fraud, immigration related document fraud, the unlawful use of government issued documents or benefits, naturalization fraud and voter fraud. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the Complaint, it does not set forth each and every fact that I or others have learned during the course of this investigation.

According to DHS records, Erick Ronaldo SOTO, also known as Erick Ronaldo SOTO Mendizabal, is a lawful permanent resident ("LPR") of the United States and has been so since approximately 1976. DHS records show that SOTO was born in Guatemala and that Guatemala is his country of citizenship or nationality. On or about January 24, 2025, SOTO submitted an electronic Application for Naturalization ("Form N-400") to the U.S. Citizenship and Immigration Services ("USCIS") under DHS. USCIS is the agency that adjudicates immigration benefits including the Form N-400. The Form N-400 is part of the process for an LPR to naturalize and become a U.S. citizen.

In the Form N-400, SOTO answered a series of personally identifiable information and residential information about himself. The information included his date of birth, social security number, a phone number, and a hotmail.com address. SOTO also answered a series of questions, including "Part 9. Additional Information About You". Part 9 includes an introduction including certain words in all caps and bold as is:

> When a question includes the word "**EVER**," you must provide information about any of your actions or conduct that occurred **anywhere in the world** at any time, unless the question specifies otherwise. If you answer "Yes" to any of the questions in **Item Numbers 1.-14.** in **Part 9, Item Numbers 1.-14.**, provide explanations and any additional information in the space provided in **Part 14. Additional Information**.

Underneath the introduction are a series of questions with "Yes" and "No" boxes. SOTO's submitted Form N-400 shows the following questions:

1. Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)?

2. Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where noncitizens are eligible to vote, you may answer "No."

As to both questions, the "No" box had an "X", and the "Yes" box was left empty. According to SOTO's submitted Form N-400, there was no elaboration on his answers to these questions under Part 14.

Towards the end of SOTO's submitted Form N-400 is Part 11, which includes the following:

> ***Applicant's Certification and Signature***
>
> I certify, under penalty of perjury, that I provided or authorized all of the responses and information contained in and submitted with my application, I read and understand or, if interpreted to me in a language in which I am fluent by the interpreter listed in **Part 12.**, understood, all of the responses and information contained in, and submitted with, my application, and that all of the responses and the information are complete, true, and correct. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for an immigration request and to other entities and persons where necessary for the administration and enforcement of U.S immigration law.

Under "Applicant's Signature", SOTO provided the electronic signature "Erick Ronaldo Soto Mendizabal" and the "Date of Signature" as "01/24/2025".

On October 14, 2026, SOTO had his N-400 interview with USCIS in its office in San Bernardino, California. SOTO provided identification documents to the USCIS immigration officer. During the interview, the officer informed SOTO that he would be placed under oath. Before taking a seat, SOTO raised his right hand and was placed under oath by the officer. The officer also informed SOTO that the interview was going to be recorded and asked if SOTO wished to proceed. SOTO stated he did.

The officer asked for SOTO's name and where he was born. SOTO stated his full name was Erick Ronaldo SOTO Mendizabal Barrundia Castaneda and that he was born in Guatemala City. SOTO also provided his date of birth. The officer informed SOTO he would be reviewing his N-400 application. SOTO was reminded that he was under oath. SOTO affirmed all his statements were the truth. SOTO was asked if he understood the questions on the Form N-400, and SOTO stated he did.

SOTO stated he was the one who filled out his N-400 application. The officer asked SOTO if he had any medical condition that would prevent him from answering his questions. SOTO replied, "No". The officer asked SOTO if he was under the influence of any drugs or medication that would affect his memory. SOTO replied, "No". The officer informed SOTO that any statements he would make are made freely and voluntary.

SOTO claimed his mother naturalized before he was 18-years-old and that he had brought her naturalization certificate to the interview. The officer reviewed the certificate and concluded SOTO was just over 18-years-old at the time his mother naturalized. The officer asked SOTO if his stepfather formally adopted him. SOTO stated he was not legally adopted by his stepfather.

The officer asked SOTO if he "ever claimed to be a United States citizen?" SOTO stated, "No." The officer asked if SOTO had ever voted before. SOTO replied, "I registered but I didn't vote," and "I went but I left it blank."[1] SOTO stated people "convinced" him to participate even though he told them he was not a citizen. The officer asked SOTO where he registered. SOTO stated he registered in San Diego approximately two or three years ago. The officer asked SOTO if he ever received a voter registration card or sample ballot. SOTO stated he did. SOTO stated San Diego forwarded his registration to Riverside, but he did not register in Riverside. The officer asked SOTO if he personally completed the voter registration process. SOTO stated he completed it and listed his country of birth as Guatemala. SOTO stated it was for the Governor Recall. The officer asked SOTO if he signed the voter registration. SOTO stated he signed the form. SOTO stated the people at the supermarket helped him with the registration, but he was the one that filled it out.

The officer asked SOTO if he had ever voted, attempted to vote, submitted a ballot, signed in at a polling place, returned a mail ballot or participated in any election. SOTO stated he went to the polling place, but he did not vote. SOTO stated, "he left it blank." SOTO stated he turned in the ballot blank for the last presidential election. The officer asked SOTO if he marked anything on the ballot. SOTO stated he did not because he was not a citizen and could not vote.

The officer asked SOTO if he has ever voted in any federal, state, county, city, school board, special district, or primary. SOTO stated he never voted. The officer

---

[1] Even if taken as true, Cal. Elec. Code § 359 defines a "voter" as "any elector who is registered under this code."

asked SOTO if he ever voted by mail. SOTO stated he did not. The officer asked SOTO if he signed or affirmed any document stating he was a U.S. citizen. SOTO stated he did not. The officer asked SOTO if he ever believed he was a U.S. citizen. SOTO stated he did at the beginning when his mother became a U.S. citizen. SOTO stated he knew he was not a U.S. citizen six years ago.

The officer again asked SOTO if he had ever claimed he was a U.S. citizen. SOTO stated he did not. The officer informed SOTO there is a record of him making an oral false claim to U.S. citizenship at the San Ysidro, California Port of Entry. SOTO stated he did remember the incident when he was returning from Tijuana. The officer asked why SOTO claimed to be a U.S. citizen. SOTO stated he forgot his green card and needed to get back. SOTO claimed he was nervous and wanted to get through. SOTO claimed it was the only time he claimed to be a U.S. citizen and that he has not done it again.

The officer asked SOTO how he knew that San Diego automatically forwarded his voter registration to Riverside. SOTO stated he got a letter. SOTO explained USCIS requested he get proof that he has never registered to vote in any of the counties he lived in.

The officer asked SOTO why he went to a polling station and turned in a blank ballot. SOTO stated he did not go, but he went with his wife. SOTO stated that, when they got there, he was asked if he wanted to vote. He told "them" (presumably the poll workers) he couldn't vote because he was not a citizen. They told him it was OK because they were going to check if it was valid or not. SOTO claimed he was curious so he went inside and turned in a blank ballot because he could not vote and he didn't know who to vote for.

The officer asked SOTO if he has ever given any United States official any false documentation, false or misleading information. SOTO replied "No". The officer asked SOTO about the 1992 incident where he claimed to be a United States citizen. SOTO stated that was the only thing. The officer asked SOTO if he has ever lied to gain admission into the United States. SOTO stated, "Obviously yeah." The officer asked SOTO what supermarket he registered to vote. SOTO stated it was Vons in Pacific Beach or Oceanside.

The officer asked SOTO if he understood all the officer's questions today. SOTO replied, "Yes." The officer asked SOTO if there was anything he would like to add. SOTO replied, "No." The officer asked SOTO if his answers in his sworn statement questionnaire were true, complete, and correct to the best of his knowledge. SOTO replied, "Yes." The interview concluded later on.

As part of my investigation as to SOTO's voting history, I have reviewed documents obtained by the San Diego Country Registrar of Voters, SOTO has a California Voter Registration Form, dated 11/2/2020 (indicating a "WEB / ON LINE" submission); a California Conditional Voter Registration Form, dated 11/3/2020 (indicating a handwritten submission); and a handwritten California Voter Registration Application, dated 1/6/2021. Each of these Forms is evidence of SOTO's voter registration in San Diego County. Each voter registration form includes personally identifiable information as to SOTO, including his date of birth, that matches his Form N-400, his address that matches his Oceanside address, and the last four digits of his social security number that matches his Form N-400. In the California Voter Registration Form, dated 11/2/2020, SOTO's hotmail.com address also matches with his Form N-400.

As to the three voter registration forms, SOTO's birth place changes. In the Form, dated 11/2/2020, SOTO"s birth place is listed as Guatemala. In the handwritten Form, dated 11/3/2020, SOTO's handwritten birth place is listed as Guatemala City. In the handwritten Form, dated 1/6/2021, SOTO's handwritten birth place is listed as California. As to these three Forms, there is an attestation that SOTO declares "under penalty of perjury" that he is a U.S. citizen.

For each Form, there is a digital signature under this attestation. I compared the digital signatures to older documents in SOTO's A-file.

In addition to the voter registration forms, your affiant has reviewed a copy of one side of a mail-in ballot envelope that is evidence of SOTO voting in the November 5, 2024 General Election according to the San Diego County Registrar of Voters. The envelope bears SOTO's handwritten printed name, an address that matched SOTO's physical address in Oceanside, California on his Form N-400, and a signature dated November 2, 2024.

The copy of the mail-in envelope also has a section that states:

> VOTER: Sign Here. Do Not Print.
>
> Signature must match your voter registration record. (Power of Attorney not acceptable) You must sign in your own handwriting for the ballot to count. Do not stamp your signature.

There then is a signature on the signature line. Below this handwritten signature is a hand-printed name of "ERICK SOTO" and the "Date of signing" with the handwritten "11/2/2024".

Based on my training and experience and knowledge of this investigation, I believe the mail-in envelope is evidence of SOTO casting a ballot in the November

5, 2024 General Election. This belief is based on my review of SOTO's Form N-400, his immigration records including his personal information and signatures from his N-400 interview and in his A-file, the personal information and signatures in the voter registration forms and the signature on the November 2, 2024 mail-in ballot envelope along with SOTO's own admissions during his N-400 interview.

Based on the foregoing, I believe there is probable cause to believe SOTO, a citizen of Guatemala, registered to vote and thereafter cast a ballot in the November 5, 2024 General Election in San Diego County. I also believe there is probable cause to believe SOTO provided false information in his Form N-400 regarding his denials of ever claiming to be a U.S. citizen or ever registering to vote or voting while attempting to naturalize and become a U.S. citizen.

## REQUEST FOR SEALING

Your affiant requests the Court to issue an Order sealing all the papers submitted in support of this Complaint, including the Probable Cause Statement and the Arrest Warrant until Monday, October 19, 2026 at 6:00 a.m. Sealing from public view is necessary because premature disclosure of the contents of this Probable Cause Statement and the related documents may seriously jeopardize the success of the investigation including ongoing contact with the defendant. Accordingly, it is requested that the Arrest Warrant, Complaint and Probable Cause Statement and any other related materials be sealed until Monday, October 19, 2026 at 6:00 a.m.